**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:                              )
                                    )
BLACK MOUNTAIN RECYCLING, LLC )     Case No. 11-33341-HRT
EIN: 26-4696611                     )
                                    )     Chapter 11
    Debtor.                         )

**ORDER APPROVING EMPLOYMENT OF ATTORNEY**

This matter is before the Court on the Application of Debtor, Black Mountain Recycling, LLC ("Black Mountain"), to Employ Attorney. The Court has reviewed the Application and attached affidavit of Guy Humphries. The Court finds that Guy Humphries is admitted to practice before this Court and represents no interest adverse to Black Mountain, or to its estate, and that his employment is necessary and would be in the best interests of the estate.

IT IS ORDERED:

The employment by Black Mountain of Guy Humphries to represent it as a debtor in possession, on the terms stated in the application, is approved, *nunc pro tunc* to the filing of the Petition on October 2, 2011.

BY THE COURT:

Dated: October 3, 2011

Howard R. Tallman
United States Bankruptcy Judge